```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

CLARENCE MASON                §
                              §
VS.                           §    ACTION NO. 4:17-CV-857-Y
                              §
WALMART STORES, INC., ET AL.  §

### FINAL JUDGMENT

In accordance with the Agreed Stipulation of Dismissal With Prejudice filed on November 16, 2018, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED November 28, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE